## ASSIGNMENT OF RIGHTS UNDER CONTRACT

This ASSIGNMENT OF RIGHTS UNDER CONTRACT ("Assignment") is entered into this _$^{29-th}$ day of January 2019 between **AVIA TRAFFIC COMPANY, LLC**, a company formed under the laws of Kyrgyzstan,  having an address of Kyrgyzstan, Bishkek City, Panfilova Street #26, 720052 ("Assignor"), and **ADVANTAGE AVIATION SERVICES SWEDEN AB**, a company formed under the laws of Sweden, having an address of Marma 113, 741 93 Knivsta, Sweden ("Assignee").

WHEREAS, Assignor, as Buyer and JetPro International, LLC., a limited liability company formed under the laws of the State of Missouri, having an address of 3 N. 47th Ave., Suite 102, Phoenix, Arizona 85043 ("JetPro"), as Seller, entered into an Aircraft Engine Sale Agreement dated May 16, 2018 (together with any and all amendments thereto "Engine Purchase Agreement"), a copy of which is attached hereto and made a part hereof as Exhibit "A";

WHEREAS,  Assignor and JetPro entered into a certain Engine Service Agreement dated April 20, 2018 ( the "Service Agreement"), a copy of which is attached hereto and made a part hereof as Exhibit "B", with respect to one (1) IAE model V2500-A1 aircraft engine bearing manufacturer's serial number V0110 (the "Repair Engine") owned by Assignor providing among other things, for the repair of the Repair Engine.

WHEREAS, Assignee wishes to acquire all of Assignor's rights and interests under the Engine Purchase Agreement and the Service Agreement, and Assignor wishes to assign to Assignee all of Assignor's rights and interests under the Engine Purchase Agreement and the Service Agreement and Assignee is willing to accept such assignment on the following terms and conditions.

NOW THEREFORE, for the sum of Ten Dollars (US$10.00) and other good and valuable consideration, it is agreed as follows:

1.     Assignor does hereby assign to Assignee all of its rights and interests in and to the Engine Purchase Agreement, the Purchase Engine, the Service Agreement and the Repair Engine and each and every right and interest in respect of the Purchase Engine and the Repair Engine and any and all contracts, agreements, understandings by and between Assignor and JetPro with respect thereto, and Assignee agrees to accept assignment of all Assignor's rights and liabilities under the Engine Purchase Agreement and the Service Agreement in accordance with the terms and conditions thereof.

2.     Without limitation to the foregoing, this Assignment includes:

(a)     the right upon valid tender to purchase the Purchase Engine pursuant to the Engine Purchase Agreement subject to the terms and conditions thereof and the right to take title to the Purchase Engine and to be named the "Buyer" in the bill of sale for the Purchase Engine;

(b)     the right to accept delivery of the Purchase Engine;

(c)     all claims for damages arising as a result of any default under the Engine Purchase Agreement and Service Agreement by JetPro in respect of the Purchase Engine and Repair Engine;

(d)     all warranty and indemnity provisions contained in the Engine Purchase Agreement and Service Agreement, and all claims arising thereunder, in respect of the Purchase Engine and Repair Engine;

(e)     any and all rights of Assignor to compel performance of the terms of the Engine Purchase Agreement and the Service Agreement in respect of the Purchase Engine and Repair Engine;

(f)     all Assignor's rights and interests in and to the Engine Purchase Agreement and the Service Agreement and any other matters directly pertaining to or arising out of the Engine Purchase Agreement and Service Agreement;

(g)     all Assignor's rights and interests in or arising out of any advance or other payments or deposits made by Assignor in respect of the Purchase Engine and Repair Engine under the Engine Purchase Agreement and Service Agreement and any amounts credited or to be credited or paid or to be paid by Assignor in respect of the Purchase Engine and Repair Engine; and

(h)     the right to file suit to legally prosecute claims against JetPro, its owners, directors, members, officers, employees, contractors and assigns or any other person or entity in respect to the enforcement of rights under the Engine Purchase Agreement and Service Agreement and in connection therewith or rising therefrom.

Assignee hereby accepts such assignment.

3.     It is expressly agreed that, anything herein contained to the contrary notwithstanding: (a) Assignor has performed all its obligations with respect to the Purchase Engine and Repair Engine to be performed by it, (b) Assignor will at all times remain liable to JetPro under the Engine Purchase Agreement and the Service Agreement to perform all obligations of Buyer thereunder to the same extent as if this Assignment had not been executed, and (c) the exercise by Assignee of any of the assigned rights will not release Assignor from any of its obligations to JetPro under the Engine Purchase Agreement or the Service Agreement to the extent any such obligations may exist, except to the extent that such exercise constitutes performance of such obligations.

4.     Assignor further agrees, expressly for the benefit of Assignee, upon the written request of Assignee, Assignor will promptly execute and deliver such further

assurances and documents and take such further action as Assignee may reasonably request in order to obtain the full benefits of Assignor's agreements in this paragraph.

5.      Nothing contained herein will subject Assignor to any liability to which it would not otherwise be subject under the Engine Purchase Agreement or Service Agreement or modify in any respect the contract rights of Assignor thereunder.

6.      Effective as from the date hereof, Assignor does hereby constitute Assignee, Assignor's true and lawful attorney-in-fact, irrevocably, with full power (in the name of Assignee or the name of Assignor or otherwise) to ask, require, demand, receive, and give acquittance for any and all moneys and claims for moneys due and to become due under or arising out of the Engine Purchase Agreement and Service Agreement in respect of the Purchase Engine and the Repair Engine, to the fullest extent of the law.

7.      This Assignment may be executed by the parties in separate counterparts, each of which when so executed and delivered will be an original, but all such counterparts will together constitute but one and the same instrument.

[Signature page follows]

IN WITNESS WHEREOF, the Assignor and the Assignee have duly executed this Assignment of Rights Under Contract as of the date set forth above.

AVIA TRAFFIC COMPANY, LLC,
as Assignor

By: _____

Name: Alik Askarov

Title:   Director General

ADVANTAGE AVIATION SERVICES
SWEDEN AB, as Assignee

By: _____

Name: FREDRIK RUDEHOLM

Title:   C.E.O.

4

Exhibit "A"

Aircraft Engine Sale Agreement

Exhibit "B"

Service Agreement